```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

IN RE: LONZELL FOSTER                         )
                                              )
                                              )
WACHOVIA MORTGAGE, FSB FKA WORLD SAVING,)
          Creditor,                           )
                                              )
   vs.                                        ) CASE NO. 09B07446
                                              ) JUDGE JACK B. SCHMETTERER
LONZELL FOSTER,                               )
                         Debtor               )
                                              )

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Wachovia Mortgage, FSB fka World Saving, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the July 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of July 6, 2010.

   a. Attorney's Fees                                =  $250.00

   b. Payments    7/10 thru 8/10   2 @ $381.66       =  $763.32

   c. Property Inspections                           =   $60.00

   d. Late Charges                                   =  $308.40

   e. Suspense                                       = ($322.22)

   Total                                             =$1,059.50

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wachovia Mortgage, FSB fka World Saving rights to collect these amounts will remain unaffected.

                                        Respectfully Submitted,
                                        Wachovia Mortgage, FSB fka World Saving

                                        <u>/s/Toni Dillon</u>
                                        Toni Dillon/ARDC#6289370

                                        Pierce and Associates, P.C.
                                        1 North Dearborn Street
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        (312)346-9088